CLS
8/17/21

DOA: 8/16/21

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21MJ8696 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |
| Jorge REYES-Figueroa | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 16, 2021, within the Southern District of California, defendant, Jorge REYES-Figueroa, an alien, who previously had been excluded, deported and removed from the United States to Honduras attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557)), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
JUAN SUAREZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 17th day of August, 2021.

_____
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Jorge REYES-Figueroa

**STATEMENT OF FACTS**

The complainant states this Complaint and Statement of Facts are based upon the investigative report of Border Patrol Agent (BPA) Alassane Coulibaly that defendant, Jorge REYES-Figueroa (REYES), attempted to enter the United States and was arrested on August 16, 2021 near Andrade, California.

At approximately 5:15 a.m., BPA Coulibaly was assigned to Yuma Station's Zones 1-3. BPA Coulibaly was notified by Yuma Communications Center (854) of a subject crossing the United States/Mexico International Boundary Fence. BPA Coulibaly responded to the area and located the subject. BPA Coulibaly questioned the subject as to his immigration status. The subject stated he did not possess legal documents to enter and reside in the United States.

At the Yuma Border Patrol Station, REYES was read his Miranda Rights. REYES acknowledged his rights and stated he was willing to answer questions without a lawyer present. REYES admitted to entering the United States illegally near the Andrade, California Port of Entry. REYES indicated his intended destination was Los Angeles, California.

Record Checks revealed REYES was ordered removed from the United States by an Immigration Judge on August 11, 2005. REYES was last removed from the United States to Honduras on December 2, 2016 through Alexandria, Louisiana.

There is no evidence showing that REYES has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact to the writing of this document: BPA's Everisto Perez and David Walker.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Alassane Coulibaly.